| | |
|---|---|
| Thomas H. Billingslea, Jr.<br>530 'B' Street, Suite 1500<br>San Diego, California 92101<br>Phone: (619) 233-7525 | |
| U.S. Bankruptcy Court<br>Southern District of California<br>325 West 'F' Street, San Diego, CA 92101 | |
| In re:<br><br>**CLIFFORD JOHN LARSON** | Bankruptcy No. 10-00653-A-13<br>Hearing Date:   5/12/2010<br>Hearing Time:   10:00 AM<br>Department:     D-3 |

## TRUSTEE'S STATEMENT OF CASE STATUS

The Trustee has received copies of the outstanding tax returns and subject will. As 341(a) Meeting has been continued to June 28th to await outcome of the lien strip, the Trustee's Objection may go off calendar with right to raise objection at the conclusion of the 341(a) Meeting.

Dated May 10, 2010.

/s/ Jenny Judith Ha
Jenny Judith Ha
Attorney for Trustee